Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 05-63692 ERW | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Case Name:** | SMOLINSKI, DOMINIC F | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****83-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7497353 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 08/08/06 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/06 | | Chicago Title and Trust Company | Property: 348 E. Rimini Ct., Palatine, IL | | 21,662.52 | | 21,662.52 |
| | {1} | Donald Custer and Barbara Custer | Real Estate - 348 E Rimini Court Palatine    114,900.00 | 1110-000 | | | 21,662.52 |
| | {1} | Donald Custer/Barbara Custer | Prepaid Condo Assessments    47.75 | 1110-000 | | | 21,662.52 |
| | | Citimortgage, Inc. | Pay off First Mortgage    -60,105.33 | 4110-000 | | | 21,662.52 |
| | | Black Diamond Realty | Earnest money towards brokers' commission    -5,000.00 | 3510-000 | | | 21,662.52 |
| | | TFF National Bank | Pay off second mortgage    -19,248.87 | 4110-000 | | | 21,662.52 |
| | | David A. Weininger | Costs advanced by Trustee's Attorney    -18.00 | 2500-000 | | | 21,662.52 |
| | | Donald Custer/Barbara Custer | Tax proration 7/1/05-12/31/05    -1,243.38 | 2500-000 | | | 21,662.52 |
| | | Donald Custer/Barbara Custer | Tax proration 1/1/06 - 2/15/06    -156.70 | 2500-000 | | | 21,662.52 |
| | | Mission Creek Condo Assn | Payment of condo assessment lien and costs    -4,782.45 | 4120-000 | | | 21,662.52 |
| | | David A. Weininger | Title examination    -504.00 | 2500-000 | | | 21,662.52 |
| | | David A. Weininger | Real estate closing    -1,000.00 | 3210-600 | | | 21,662.52 |
| | | Chicago Title Insurance Company | Title insurance    -281.00 | 2500-000 | | | 21,662.52 |
| | | Chicago Title Insurance Company | Delivery Fee    -25.00 | 2500-000 | | | 21,662.52 |
| | | Chicago Title Insurance Company | County Stamps    -57.50 | 2500-000 | | | 21,662.52 |
| | | Chicago Title Insurance Company | State tax stamps    -115.00 | 2500-000 | | | 21,662.52 |
| | | Chicago Title Insurance Company | Illinois registration fee    -3.00 | 2500-000 | | | 21,662.52 |

Subtotals :    $21,662.52    $0.00

EXHIBIT C

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-63692 ERW | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | SMOLINSKI, DOMINIC F | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 13-7497353 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/08/06 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Black Diamond Realty | balance of brokers' commission | -745.00 | 3510-000 | | | 21,662.52 |
| 02/22/06 | 1001 | Dominic Smolinski | Debtor's homestead exemption | | 8100-002 | | 7,500.00 | 14,162.52 |
| | {1} | Donald Custer and Barbara Custer | Real Estate - 348 E Rimini Court Palatine | 114,900.00 | 1110-000 | | | 14,162.52 |
| | {1} | Donald Custer/Barbara Custer | Prepaid Condo Assessments | 47.75 | 1110-000 | | | 14,162.52 |
| | | Citimortgage, Inc. | Pay off First Mortgage | -60,105.33 | 4110-000 | | | 14,162.52 |
| | | Black Diamond Realty | Earnest money towards brokers' commission | -5,000.00 | 3510-000 | | | 14,162.52 |
| | | TFF National Bank | Pay off second mortgage | -19,248.87 | 4110-000 | | | 14,162.52 |
| | | David A. Weininger | Costs advanced by Trustee's Attorney | -18.00 | 2500-000 | | | 14,162.52 |
| | | Donald Custer/Barbara Custer | Tax proration 7/1/05-12/31/05 | -1,243.38 | 2500-000 | | | 14,162.52 |
| | | Donald Custer/Barbara Custer | Tax proration 1/1/06 - 2/15/06 | -156.70 | 2500-000 | | | 14,162.52 |
| | | Mission Creek Condo Assn | Payment of condo assessment lien and costs | -4,782.45 | 4120-000 | | | 14,162.52 |
| | | David A. Weininger | Title examination | -504.00 | 2500-000 | | | 14,162.52 |
| | | David A. Weininger | Real estate closing | -1,000.00 | 3210-600 | | | 14,162.52 |
| | | Chicago Title Insurance Company | Title insurance | -281.00 | 2500-000 | | | 14,162.52 |
| | | Chicago Title Insurance Company | Delivery Fee | -25.00 | 2500-000 | | | 14,162.52 |
| | | Chicago Title Insurance Company | County Stamps | -57.50 | 2500-000 | | | 14,162.52 |
| | | Chicago Title Insurance Company | State tax stamps | -115.00 | 2500-000 | | | 14,162.52 |
| | | | Subtotals : | | | $0.00 | $7,500.00 | |

Printed: 08/08/2006 02:20 PM   V.8.12

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-63692 ERW | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | SMOLINSKI, DOMINIC F | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 13-7497353 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/08/06 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Chicago Title Insurance Company | Illinois registration fee           -3.00 | 2500-000 | | | 14,162.52 |
| | | Black Diamond Realty | balance of brokers'            -745.00<br>commission | 3510-000 | | | 14,162.52 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.62 | | 14,165.14 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.42 | | 14,173.56 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.97 | | 14,182.53 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.64 | | 14,192.17 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.33 | | 14,201.50 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.65 | | 14,211.15 |
| 08/07/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 1.87 | | 14,213.02 |
| 08/07/06 | | To Account #********8366 | in preparation of final report | 9999-000 | | 14,213.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,713.02 | 21,713.02 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 14,213.02 | |
| | | | **Subtotal** | | 21,713.02 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,713.02** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-63692 ERW | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | SMOLINSKI, DOMINIC F | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****83-66 - Checking Account |
| Taxpayer ID #: | 13-7497353 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/08/06 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/07/06 | | From Account #********8365 | in preparation of final report | 9999-000 | 14,213.02 | | 14,213.02 |
| | | | ACCOUNT TOTALS | | 14,213.02 | 0.00 | $14,213.02 |
| | | | Less: Bank Transfers | | 14,213.02 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****83-65 | 21,713.02 | 0.00 | 0.00 |
| Checking # ***-*****83-66 | 0.00 | 0.00 | 14,213.02 |
| | $21,713.02 | $0.00 | $14,213.02 |