**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SMOLINSKI, DOMINIC F | ) | |
| | ) | CASE NO. 05 B 63692 |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn St, Courtroom 744
         Chicago, Illinois 60604

    on: October 24, 2006
    at: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $         50.50

    b. Disbursements                               $      7,500.00

    c. Net Cash Available for Distribution$    14,213.02

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 8,612.40 | $ |
| Trustee | $ 0.00 | $ | $ 84.00 |
| Trustee's Firm Legal | $ 0.00 | $ 3,157.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 134.20 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $41,400.59, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $5.37%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Ford Motor Credit | $ 13,440.75 | $ 722.32 |
| 2 | Discover Bank | $ 6,978.12 | $ 375.01 |
| 3 | Chase Bank USA, N.A. | $ 4,040.83 | $ 217.16 |
| 4 | United Hospital System c/o Certified Services | $ 695.49 | $ 37.38 |
| 5 | MBNA, TrueLogic Financial Corp | $ 16,245.40 | $ 873.05 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated: September 20, 2006    For the Court,


                      By:  KENNETH S GARDNER
                           Kenneth S. Gardner
                           Clerk of the United States Bankruptcy Court
                           219 S. Dearborn Street, 7th Floor
                           Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8692   Doc 57   Filed 09/20/06   Entered 09/22/06 23:34:46   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2             Date Rcvd: Sep 20, 2006
Case: 05-63692                 Form ID: pdf002             Total Served: 35


The following entities were served by first class mail on Sep 22, 2006.
db          +Dominic F Smolinski,   348 Rimini Court,   Palatine, IL 60067-3643
aty         +Christopher H Purcell,   Sherman & Sherman,   120 S LaSalle St,   Suite 1460,
              Chicago, IL 60603-3575
aty         +Laura C Wardinski,   Kropik, Papuga & Shaw,   120 S LaSalle St,   Chicago, IL 60603-3403
aty         +Matteo A. Crawford,   Law Office of David T. Cohen & Assoc.,   10729,   W. 159th Street,
              Orland Park, IL 60467-4531
aty         +Matthew F Zubek,   Matthew F. Zubek Attorney at Law,   8855 S Ridgeland Ste 211,
              Oak Lawn, IL 60453-1074
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
cr          +CitiMortgage, Inc.,   c/o McCalla, Raymer, et al.,   Bankruptcy Department,
              1544 Old Alabama Road,   Roswell, GA 30076-2102
cr          +Dell Financial Services, Inc.,   Dell Financial Services, Inc.,   c/o Weltman, Weinberg & Reis,
              323 W. Lakes Side Ave,   Cleveland, OH 44113-1009
cr          +TCF NATIONAL BANK,   800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
10495923    +Americollect,   PO Box 1566,   Manitowoc, WI 54221-1566
10495924    +Bank of America,   PO Box 650260,   Dallas, TX 75265-0260
10495925    +Certified Services,   PO Box 177,   1733 Washington ST, #201,   Waukegan, IL 60085-5179
10663066    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10495926    +Chase Manhattan,   PO Box 15651,   Wilmington, DE 19886-5651
10495927    +Citi Cards,   PO Box 6417,   The Lakes, NV 88901-6417
10495928     Citi Mortgage,   PO Box 8003,   South Hackensack, NJ 07606
10552927    +CitiMortgage Inc,   c/o McCalla Raymer et al,   Bankruptcy Dept,   1544 Old Alabama Road,
              Rosewell, GA 30076-2102
10495929    +Creditors Exchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
10495931    +Dickler, Kahn, Slowikowski & Zavell,   85 W. Algonquin Road, Suite 420,
              Arlington Heights, IL 60005-4419
10495933    +Ford Motor Credit,   PO Box 6248,   Dearborn, MI 48121-6248
10627815     Ford Motor Credit,   PO Box 537901,   Livonia, MI 48153-7901
10495934    +Hauselman & Rappin, LTD,   39 South LaSalle Street,   Chicago, IL 60603-1603
10495935    +MBNA America,   PO Box 15137,   Wilmington, DE 19886-5137
10696433     MBNA, TrueLogic Financial Corp,   PO Box 4238,   Englewood CO 801554238
10495936    +NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
10495937    +NES,   29125 Solon road,   Solon, OH 44139-3442
10495938    +Renaissance Reau Condominium Assoc.,   1732 West Wise Road,   Schaumburg, IL 60193-3524
10495939    +TCF National Bank,   101 E. 5th Street,   Saint Paul, MN 55101-1898
10495940    +True Logic Fininical Corp,   7100 E Belleview Ave, Suite 308,   Englewood, CO 80111-1634
10495941    +UHS Physicians Clinic,   PO Box 130,   Kenosha, WI 53141-0130
10495942    +United Hospital,   PO Box 1566,   Kenosha, WI 53141-1566
10663547     United Hospital System,   c/o Certified Services,   POB 177,   1733 Washington St #201,
              Waukegan, IL 60085-5179

The following entities were served by electronic transmission on Sep 21, 2006 and receipt of the transmission
was confirmed on:
10644397    +E-mail: mrdiscen@discoverfinancial.com Sep 21 2006 10:31:17
              Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026-8003
10495932    +E-mail: mrdiscen@discoverfinancial.com Sep 21 2006 10:31:17     Discover Card,   PO Box 30395,
              Salt Lake City, UT 84130-0395
10495930    +E-mail: ebndell@weltman.com Sep 21 2006 09:31:28     Dell,   PO Box 6403,
              Carol Stream, IL 60197-6403
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
br           Luis Martinez
aty*        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                   TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 20, 2006
Case: 05-63692                Form ID: pdf002          Total Served: 35

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2006**                          **Signature:**            *Joseph Speetjens*