## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                          )
                                                )
DOMINIC F. SMOLINSKI,                           )
                                                )   Case No. 05 B 63692
            Debtor(s).                          )

### ORDER COMBINED WITH NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that the Court will hold a status hearing in the above-captioned case on March 11, 2008 at 10:00 a.m. in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The case trustee, David P. Leibowitz, or trustee's counsel is directed to appear at this hearing.

☑ The trustee shall report as to when a final account in this asset case may be expected.

☑ A representative of the United States Trustee's office is to appear in this matter.

Dated: January 25, 2008

ENTER:

_____
Judge Eugene R. Wedoff